UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAURICE BOLLINI and
LISA BOLLINI,

    Plaintiffs,

Case No. 08-14608

v.

Honorable Paul D. Borman
United States District Judge

JOHNNY BOLDEN and MICHIGAN
STATE TROOPER C. BROWN and
MICHIGAN STATE TROOPER
A. MARTIN,

    Defendants.

_____/

ORDER REQUIRING THE PARTIES TO SUBMIT EVIDENCE ON THE ISSUE OF DAMAGES

On April 14, 2010, this Court issued an Opinion and Order denying Defendants' motion for summary judgment, granting Plaintiffs' motion for partial summary judgment and requiring the parties to submit evidence on the issue of damages. To date, the Court has not received submissions from either party regarding damages. The Court hereby Orders Plaintiffs to submit evidence of their claimed damages by June 22, 2010. Defendants shall file a response to Plaintiffs' submission on or before July 13, 2010.

**IT IS SO ORDERED.**      S/Paul D. Borman
                                                  PAUL D. BORMAN
                                                 UNITED STATES DISTRICT JUDGE

Dated: May 26, 2010

1

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on May 26, 2010.

                                                              S/Denise Goodine
                                                             Case Manager